IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| In re: | CV 19–194–M–DWM |
|---|---|
| LEVI L. JONES and MARTHA J. JONES, | ORDER |
| Debtors. | |

The parties having filed a stipulation for dismissal pursuant to Fed. R. Bankr. P. 8023,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 20th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court